MAY 7, 1844.

*Jonathan Sidway* v. *The City of Buffalo.* M. FILLMORE, for complainant; D. TILLINGHAST, for defendants. Decision appealed from affirmed with costs.

*John L. Lawrence et al. receivers of the Life and Fire Insurance Company* v. *Matthew Reed et al.* JOHN DUER and L. H. SANDFORD, for complainants; W. SILLIMAN, J. ANTHON, S. F. CLARKSON, B. F. BUTLER, and S. P. STAPLES, for defendants. Decree dismissing bill, but without costs. Decree to be entered nunc pro tunc as of the time of the argument.